IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR MILBOURNE, | : | Civil No. 3:25-cv-719 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 23rd day of April, 2025, upon preliminary review of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), *see* R. Governing § 2254 Cases R. 4, 1(b), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge